IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
APR 0 7 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA JAMES COOLEY, <br><br> Defendant. | CR 16-117-BLG-SPW <br><br> ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISION |

Upon the Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 180), pursuant to 18 U.S.C. § 3583(e), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Joshua James Cooley's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of this Order.

DATED this 7th day of April, 2020.

SUSAN P. WATTERS
United States District Judge